UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br><br>Chafe, Gail             3:16-cv-06476 | MDL No. 2750<br>Master Docket No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT MITSUBISHI TANABE PHARMA CORP. ONLY

TO THE CLERK OF THE COURT:

Plaintiff, by and through undersigned counsel, and pursuant to Case Management Order No. 7, hereby voluntarily dismiss Defendant Mitsubishi Tanabe Pharma Corp. only from the above-captioned action in the Invokana (Canagliflozin) Products Liability Ligiation, MDL 2750, without prejudice.

DATED:  April 20, 2017

**SO ORDERED.**

Date: April 26, 2017

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**

RESPECTFULLY SUBMITTED,

/s/ Dae Y. Lee
Dae Y. Lee
BERNSTEIN LIEBHARD LLP
10 E. 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
NJ Bar Identification No.: 033702012
dlee@bernlieb.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of New Jersey by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ Dae Y. Lee
      Dae Y. Lee