IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

**Gail Chafe v. Janssen Pharmaceuticals, Inc., et al.,**
**Case No. 3:16-cv-06476**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gail Chafe hereby dismisses this case in its entirety, as to all Defendants, with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

By: */s/ Morris Dweck*
Morris Dweck
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 28th Floor
New York, NY 10016
Tel: 212-779-1414
Fax: 212-779-3218
Email: dweck@bernlieb.com

*Counsel for Plaintiff*

Dated: 8/21/2020

By: */s/ Michael C. Zogby*
Michael C. Zogby
FAEGRE DRINKER BIDDLE
& REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: michael.zogby@faegredrinker.com

*MDL Liaison Counsel for Defendants*

Dated: 8/21/2020

"SO ORDERED."

Date: 8/24/2020          Brian R. Martinotti, U.S.D.J.

00592504;V1